UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN-ETIENNE DE BECDELIEVRE,<br><br>              Plaintiff,<br><br>- against -<br><br>ANASTASIA MUSICAL LLC and TERRENCE McNALLY,<br><br>              Defendants. | CASE NO. 16-cv-9471-AKH<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of this court and all parties of record:

       I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendants Anastasia Musical LLC and Terrence McNally.

Dated:  New York, New York
           January 9, 2017

                                               */s/ Dale M. Cendali*
                                               Dale M. Cendali
                                               KIRKLAND & ELLIS LLP
                                               601 Lexington Avenue
                                               New York, New York 10022
                                               Telephone: (212) 446-4800
                                               Facsimile: (212) 446-4900
                                               dale.cendali@kirkland.com

                                               Attorney for Defendants